

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2022

By ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> The Court will hold a classified ex parte proceeding on December 1, 2022, at 11:15 a.m.  The Court will advise the Government separately where the proceeding will be held.  The Clerk of Court is directed to terminate Docket No. 31.  SO ORDERED.
>
> [signature]
> November 18, 2022

Re:   *United States v. Malek Mohammad Balouchzehi,* 21 Cr. 658 (JMF)

Dear Judge Furman:

    The Government writes to inform the Court that it anticipates possible litigation pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. app. 3 §§ 1-16, in the above-captioned case.  The Government writes to request that the Court schedule an *ex parte* proceeding pursuant to CIPA Section 2, 18 U.S.C. app. 3 § 2, on a date convenient to the Court, to provide the Government with an opportunity to apprise the Court regarding this anticipated motion practice.  The Government has conferred with the defense regarding this application, and the defense has not raised an objection to the Government's request.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

By:    _____/s/_____
        Kaylan Lasky
        Michael Lockard
        Kimberly Ravener
        Assistant United States Attorneys
        (212) 637-2315 / 2193 / 2358