UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
    -v-                                                             :          21-CR-658 (JMF)
:
MALEK MOHAMMAD BALOUCHZEHI,                                             :          SCHEDULING ORDER
:
          Defendant.                                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Trial in this case is scheduled for **May 8, 2023** at **9:30 a.m.**

      It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by **April 27, 2023**, at **noon**. Any opposition to a motion *in limine* or trial memorandum shall be filed by **May 1, 2023**, at **5 p.m.**

      In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, parties should not submit courtesy copies of any submissions, unless the Court orders otherwise. The proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

      It is further ORDERED that the parties appear for a final pretrial conference on **May 3, 2023**, at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

      The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

      SO ORDERED.

Dated: March 6, 2023
       New York, New York                           _____
                                                               JESSE M. FURMAN
                                                             United States District Judge