UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>MALEK MOHAMMAD BALOUCHZEHI,<br><br>Defendant. | 21-Cr-658 (JMF)<br><br>[PROPOSED] ORDER PERMITTING THE DEFENDANT TO APPEAR AT TRIAL IN CIVILIAN CLOTHING AND WITHOUT RESTRAINTS |

Upon the application of the defendant, Malek Balouchzehi, by and through his attorneys, the Court hereby orders the Hudson County Correctional Center and the United States Marshalls, to accept clothing for the defendant to use during the pendency of his trial. The Court now orders Hudson County Correctional and the United States Marshalls to accept ~~up to five sets of clothing,~~ up to two suits (pants and jackets), five dress shirts, three ties, one belt, five pairs of socks, and one pair of shoes. ~~including, but not limited to, socks, shoes, dress shirts, suit pants, suit jackets, ties, and a dress belt~~, and to permit such clothing to be made available to the defendant prior to each court date in this case. In addition, the Court shall permit the defendant to change into business attire at the Court prior to each appearance, unless and until the Court orders otherwise, and appear before the jury without restraints during the pendency of his trial. Counsel for the defendant shall deliver a copy of this order ~~to the appropriate personnel.~~ and the clothing to the U.S. Marshal Service on the fourth floor of 500 Pearl Street, New York, NY. The Clerk of Court is directed to terminate ECF No. 72.

SO ORDERED.

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated: May 5, 2023
New York, New York