```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -v-                                                   :        21-CR-658 (JMF)
                                                                  :
MALEK MOHAMMAD BALOUCHZEHI,                                       :            ORDER
     a/k/a "Malek Khan,"                                          :
                                                                  :
                           Defendant.                             :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Attached to this order are the notes sent by the jury to the Court during deliberations (Court Exhibits 1-4), and the jury's verdict form (Court Exhibit 5).

SO ORDERED.

Dated: May 16, 2023
       New York, New York

_____
         JESSE M. FURMAN
      United States District Judge

**COURT EXHIBIT 1**

# JURY NOTE

May we please have some markers for the white board?

Thank

Date: _____

Time: _____



Foreperson's signature

**COURT EXHIBIT 2**

## JURY NOTE

It was mentioned by one of the witnesses that videotaping another person during an investigation is illegal.

As such, can you please shed some light as to the admissability of the video from the Cafè meeting in Moçambique between the CS and the currier?

Date: May 15th, 2023

Time: 2:43 pm

███████████████

**Foreperson's signature**

**COURT EXHIBIT 3**

# JURY NOTE

May we please recieve Mr. Musslewhite's testimony?

Thanks

Date: May 16

Time: _____

_____
Foreperson's signature

**COURT EXHIBIT 4**

We have reached a verdict.

Date: May 19th, 2023
Time: 10:34

Foreperson's signature

**COURT EXHIBIT 5**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
                                         :         21-CR-658 (JMF)
    -v-                                  :
                                         :
MALEK MOHAMMAD BALOUCHZEHI,              :         VERDICT FORM
    a/k/a "Malek Khan,"                  :
                                         :
                    Defendant.           :
                                         :
-------------------------------------------------------------------X

*All Answers Must Be Unanimous*

**Count One – Conspiracy to Import Heroin**

   Guilty __✗__    Not Guilty _____


**If, but only if, you have found the defendant guilty on Count One, please answer the following question:**

Did the offense charged in Count One involve the following quantity of mixtures and substances containing a detectable amount of heroin? (Please check one)

   i.    __✗__ 1 kilogram (that is, 1000 grams) or more; or
   ii.   _____ 100 grams or more, but less than 1 kilogram; or
   iii.  _____ Less than 100 grams


**Count Two – Distribution of Heroin for Importation**

   Guilty __✗__    Not Guilty _____

**If, but only if, you have found the defendant guilty on Count Two, please answer the following question:**

Did the offense charged in Count Two involve the following quantity of mixtures and substances containing a detectable amount of heroin? (Please check one)

   i.    __✗__ 1 kilogram (that is, 1000 grams) or more; or
   ii.   _____ 100 grams or more, but less than 1 kilogram; or
   iii.  _____ Less than 100 grams

*Please Turn to the Next Page*

*After completing the Verdict Form, please sign your names below and fill in the date and time.*



Foreperson

Date and Time:   May 16, 2023  10:39 am

*Once you have signed the Verdict Form, please give a note — NOT the Verdict Form itself —
to the Court Security Officer stating that you have reached a verdict.*

2