UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:
-v-                                               :     21-CR-658 (JMF)
:
MALEK MOHAMMAD BALOUCHZEHI,                           :     ORDER
:
Defendant.                      :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 10, 2025, Defendant Malek Mohammad Balouchzehi filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* ECF No. 115. The Government shall file any opposition to the motion by **December 1, 2025**, and Defendant shall file any reply by **December 22, 2025**. The Clerk of Court is directed to mail this Order to:

>Malek Mohammad Balouchzehi
>Register No. 68968-509
>FCI Fort Dix
>Federal Correctional Institution
>Joint Base MDL, NJ 08640

SO ORDERED.

Dated: November 10, 2025
       New York, New York                         _____
                                                         JESSE M. FURMAN
                                                    United States District Judge