

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 24, 2025

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. Malek Mohammad Balouchzehi*, 21 Cr. 658 (JMF)

Dear Judge Furman:

      The Government respectfully submits this letter to request a two-week adjournment of the Government's time to respond to the defendant's *pro se* motion seeking a sentence reduction (Dkts. 115-16) because the Government is awaiting certain records from the Bureau of Prisons. Under the current schedule, the Government's response is due by December 1, 2025, and the defendant's reply is due by December 22, 2025. (Dkt. 117). If the Court grants the Government's request, the Government's response will be due by December 15, 2025, and the defendant's reply will be due by January 5, 2025.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

      by: /s/
      Kaylan Lasky / Elinor L. Tarlow
      Assistant United States Attorneys
      (212) 637-2315 / 1036

cc:   *pro se* defendant (by mail)

Application GRANTED. The Government's response is due by December 15, 2025, and the defendant's reply is due by January 5, 2026. The Clerk of Court is directed to terminate Doc. #119 to mail this Order to:

      Malek Mohammad Balouchzehi
      Register No. 68968-509
      FCI Fort Dix
      Federal Correctional Institution
      Joint Base MDL, NJ 08640

SO ORDERED.

November 25, 2025