**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 9, 2025

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      **Re:**    *United States v. Malek Mohammad Balouchzehi*, 21 Cr. 658 (JMF)

Dear Judge Furman:

      The Government respectfully submits this letter to request a further two-week adjournment of the Government's time to respond to the defendant's *pro se* motion seeking a sentence reduction (Dkts. 115-16), due to the unexpected press of other business. Under the current schedule, the Government's response is due by December 15, 2025, and the defendant's reply is due by January 5, 2025. (Dkt. 120). If the Court grants the Government's request, the Government's response will be due by December 29, 2025, and the defendant's reply will be due by January 19, 2026.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney

               by: /s/ _____
                     Kaylan Lasky / Elinor L. Tarlow
                     Assistant United States Attorneys
                     (212) 637-2315 / 1036

cc:    *pro se* defendant (by mail)

Application GRANTED. No further extensions will be granted. The Clerk of Court is directed to terminate ECF No. 121 and to mail this Order to: Malek Mohammad Balouchzehi, Register No. 68968-509, FCI Fort Dix, Federal Correctional Institution, Joint Base MDL, NJ 08640. SO ORDERED.

December 9, 2025