Case 1:21-cr-00658-JMF    Document 126    Filed 01/21/26    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                              :

UNITED STATES OF AMERICA,           :

                             :          21-CR-658 (JMF)
        -v-                 :          26-CV-0506 (JMF)

                             :

MALEK MOHAMMAD BALOUCHZEHI,   :

                           :          <u>ORDER TO ANSWER</u>

              Defendant.       :

                           :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 20, 2026, Defendant Malek Mohammad Balouchzehi, proceeding without counsel, filed a motion to vacate, set aside, or correct his sentence pursuant to Title 28, United States Code, Section 2255. *See* ECF No. 125. The Government shall file an answer or other opposition to that motion by **February 10, 2026**. Defendant's reply, if any, shall be filed by **March 3, 2026**. All future filings should be made only in 21-CR-658.

       The Clerk of Court is directed to close 26-CV-0506, to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued, and to mail a copy of this Order to:

                    Malek Mohammad Balouchzehi
                    Register Number: 68968-509
                    FCI Fort Dix
                    P.O. Box 2000
                    Joint Base MDL, NJ 08640

       SO ORDERED.

Dated: January 21, 2026
       New York, New York                               
                                  JESSE M. FURMAN
                                United States District Judge