UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
          -v-                                                      :          21-CR-658 (JMF)
                                                                   :
MALEK MOHAMMAD BALOUCHZEHI,                                        :          ORDER
                                                                   :
                    Defendant.                                     :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 13, 2026, Defendant Malek Mohammad Balouchzehi filed a motion titled "MOTION FOR TARGETED RECORD EXPANSION, LIMITED DISCOVERY, AND AN EVIDENTIARY HEARING." ECF No. 131. In light of Balouchzehi's *pro se* status and his explicit statement that the "submission is made solely in support of the grounds already raised in the [28 U.S.C.] § 2255 proceedings and does not assert any new claim," the Court will treat it as a supplement to the pending Section 2255 motion. *Cf.* Fed. R. Civ. P. 15(d) (authorizing "supplemental pleadings"). The Government should address the supplemental submission in its opposition to Balouchzehi's motion, which remains due **thirty days after former counsel file declarations** in accordance with the Court's Order dated February 3, 2026, ECF No. 130, at 2, which — in light of the "Attorney-Client Privilege Waiver (Informed Consent)" form filed by Balouchzehi on February 19, 2026, *see* ECF No. 132 — are due no later than **March 23, 2026,** *see* ECF No. 130, at 2. Balouchzehi may not file any more submissions in support of his pending motion (other than the reply authorized by the Court's Order of February 3, 2026) **without prior leave of Court**.

The Clerk of Court is directed to mail this Order to:

> Malek Mohammad Balouchzehi
> Register No. 68968-509
> FCI Fort Dix
> Federal Correctional Institution
> Joint Base MDL, NJ 08640

SO ORDERED.

Dated: February 24, 2026
    New York, New York                          _____
                                                    JESSE M. FURMAN
                                           United States District Judge