

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 19, 2026

Application GRANTED. The Clerk of Court is directed to terminate Doc. #139.

**By CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

SO ORDERED.

May 20 ,2026

> Re:    *United States v. Malek Mohammad Balouchzehi*, 21 Cr. 658 (JMF)
> ~~*Malek Mohammad Balouchzehi v. United States*, 26 Cv. 506 (JMF)~~

Dear Judge Furman:

The Government has conferred with former defense counsel David Stern, Esq., who requires additional time to finalize his declaration with respect to the defendant's *pro se* petition brought under 28 U.S.C. § 2255 (Dkts. 125, 127, 131). The Government respectfully requests that the Court adjourn its prior deadline to permit Mr. Stern to file his declaration by June 2, 2026. The Government also requests that the current deadline to file its response to the petition be adjourned from May 22, 2026 to June 12, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Kaylan E. Lasky
    Kaylan E. Lasky / Elinor L. Tarlow
    Assistant United States Attorneys
    Tel: (212) 637-2315 / 1036

cc: *Pro se* defendant (by mail)