

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 9, 2026

Application GRANTED. Further adjournments of Mr. Stern's deadline will not be granted, absent extraordinary reasons. The Clerk of Court is directed to terminate Doc. #141.

**By CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

SO ORDERED.

June 9, 2026

Re:    *United States v. Malek Mohammad Balouchzehi*, 21 Cr. 658 (JMF)

Dear Judge Furman:

The defendant's former counsel, David Stern, Esq., has advised the Government that he will finalize his declaration with respect to the defendant's *pro se* petition brought under 28 U.S.C. § 2255 (Dkts. 125, 127, 131) within two weeks. Accordingly, the Government respectfully requests that the Court adjourn its prior deadline and permit Mr. Stern to file his declaration by June 23, 2026. The Government also requests that the current deadline to file its response to the petition be adjourned to July 2, 2026, to enable the Government to incorporate Mr. Stern's declaration.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Kaylan E. Lasky
Kaylan E. Lasky / Elinor L. Tarlow
Assistant United States Attorneys
Tel: (212) 637-2315 / 1036

cc: *Pro se* defendant (by mail)