UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

MALEK MOHAMMAD BALOUCHZEHI,

Defendant.

---------------------------------------------------------------------X

21-CR-658 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 16, 2026, Defendant Malek Mohammad Balouchzehi filed a "NOTICE OF MOTION AND MEMORANDUM OF LAW FOR RETURN OF SEIZED CURRENCY AND OTHER UNRETURNED PROPERTY." ECF No. 146. The Government shall file any opposition to the motion by **October 29, 2026**, and Defendant shall file any reply by **November 12, 2026**. The Clerk of Court is directed to mail this Order to:

Malek Mohammad Balouchzehi
Register No. 68968-509
FCI Fort Dix
Federal Correctional Institution
Joint Base MDL, NJ 08640

SO ORDERED.

Dated: October 22, 2026
New York, New York

JESSE M. FURMAN
United States District Judge