UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -v- | : | 21-CR-658 (JMF) |
| MALEK MOHAMMAD BALOUCHZEHI, | : | ORDER |
| Defendant. | : | |

JESSE M. FURMAN, United States District Judge:

On November 4, 2026, Defendant Malek Mohammad Balouchzehi filed a "MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)." ECF No. 151. The Government shall file any opposition to the motion by **November 20, 2026**, and Defendant shall file any reply by **December 11, 2026**. The Clerk of Court is directed to mail this Order to:

Malek Mohammad Balouchzehi
Register No. 68968-509
FCI Fort Dix
Federal Correctional Institution
Joint Base MDL, NJ 08640

SO ORDERED.

Dated: November 6, 2026
New York, New York

JESSE M. FURMAN
United States District Judge